**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 20-20966 (JJT) |
| VALERIE J. MOFFATT, | : | CHAPTER 7 |
| Debtor. | : | |
| ANTHONY S. NOVAK, CHAPTER 7 TRUSTEE FOR THE ESTATE OF VALERIE J. MOFFATT, | : | ADV. PRO NO.: 21-02012 (JJT) |
| Plaintiff, | : | |
| v. | : | |
| GREGG E. MOFFATT, | : | APRIL 1, 2022 |
| Defendant. | : | |

**STIPULATION AND ORDER FOR REFERENCE TO MEDIATION**

1)   The above captioned matter is hereby assigned to the following mediator or, if such mediator is unavailable to serve, to the alternate:

**Mediator:**

Thomas A. Gugliotti
Updike Kelly & Spellacy
100 Pearl Street
P.O. Box 231277
Hartford, CT 06123-1277
tgugliotti@uks.com

**Alternate:**

David Shaiken
Shipman, Shaiken & Schwefel, LLC
Corporate Center West
433 South Main Street, Suite 319
West Hartford, CT 06110
david@shipmanlawct.com

2)   The matter concerns:

      (  ) Dischargeability      (  ) Voidable Transfer
      (  ) Objection to claim    (  ) Lien Avoidance
      (  ) Discovery disputes   (X) Fraudulent Transfers

3)  The terms of the mediation are as follows:

The plaintiff, Anthony S. Novak, Chapter 7 Trustee for the Estate of Valerie J. Moffatt (the "Plaintiff") and the defendant, Gregg E. Moffatt (the "Defendant") (collectively, the "Parties") will confer with the mediator within ten (10) days to schedule the mediation and pre-mediation submissions.

4)  Attorneys for the Parties are:

| For the Plaintiff: | For the Defendant: |
|---|---|
| Jeffrey Hellman<br>Law Offices of Jeffrey Hellman, LLC<br>195 Church Street, 10th Floor<br>New Haven, CT 06510<br>Tel.:  203-691-8762<br>Fax:  203-823-4401<br>jeff@jeffhellmanlaw.com | Ronald I. Chorches<br>Law Offices of Ronald I. Chorches, LLC<br>82 Wolcott Hill Road, Suite 203<br>Wethersfield, CT 06109<br>Tel.:  860-563-3955<br>Fax:  860-513-1577<br>ronchorcheslaw@sbcglobal.net |

5)  The Parties are ordered to comply with the provisions of the Amended Chamber's Order No. 1, as may be revise from time to time, including submission of the case summary to the mediator by seven (7) days before the mediation.

6)  A stay is hereby entered in this adversary proceeding until the mediation is completed.

ANTHONY S. NOVAK, CHAPTER 7
TRUSTEE FOR THE ESTATE OF
VALERIE J. MOFFATT

By:  /s/ *Jeffrey Hellman*
Jeffrey Hellman, Esq.
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510
Tel.:  203-691-8762
Fax:  203-823-4401
jeff@jeffhellmanlaw.com
Federal Bar No.: ct04102

**DEFENDANT**
**GREGG E. MOFFATT**

By:     /s/ *Ronald I. Chorches*
         Ronald I. Chorches, Esq.
         Law Offices of Ronald I. Chorches, LLC
         82 Wolcott Hill Road, Suite 203
         Wethersfield, CT 06109
         Tel.: 860-563-3955
         Fax: 860-513-1577
         ronchorcheslaw@sbcglobal.net
         Federal Bar No.: ct08720

So Ordered:

Date:_____      /s/_____
                                                     United States Bankruptcy Judge